Michael Kind, Esq.
NV Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
NV Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Michael G. Hurston,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Bank of America, N.A., CitiMortgage, First Tennessee Bank and Equifax Information Services, LLC,<br><br>　　　　Defendants. | Case No.:2:15-cv-02343-MMD-CWH<br>Case No.: 2:15-cv-02356-MMD-CWH<br><br>**JOINT MOTION TO DISMISS DEFENDANT BANK OF AMERICA, N.A.** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Michael G. Hurston ("Plaintiff") and Defendant Bank of America, N.A. move this Court to dismiss without prejudice Plaintiff's claims against Bank of America, N.A. in this case. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 25th day of July 2016.

KAZEROUNI LAW GROUP, APC

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorney for Plaintiff*

AKERMAN LLP

By: /s/   Matthew I. Knepper
Allison R. Schmidt, Esq.
Darren T Brenner, Esq.
Matthew I. Knepper, Esq.
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
*Attorney for Defendant Bank of America, N.A.*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:  July 25, 2016

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on July 25, 2016, the foregoing JIONT MOTION TO DISMISS DEFENDANT Bank of America, N.A. was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117