Michael Kind, Esq.
NV Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
NV Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Michael G. Hurston,<br><br>                    Plaintiff,<br><br>v.<br><br>Bank of America, N.A., CitiMortgage, First Tennessee Bank and Equifax Information Services, LLC,<br><br>                    Defendants. | Case No.:2:15-cv-02343-MMD-CWH<br>Case No.:2:15-cv-02356-MMD-CWH<br><br>**Stipulation of Dismissal of Defendant CitiMortgage** |

**STIPULATION**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Michael G. Hurston ("Plaintiff") and Defendant CitiMortgage stipulate to dismiss with prejudice Plaintiff's claims against CitiMortgage in this case. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 7th day of October 2016.

KAZEROUNI LAW GROUP, APC

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorney for Plaintiff*

**Wolfe & Wyman LLP**

By: /s/ Andrew A. Bao
Andrew A. Bao, Esq.
6757 Spencer Street
Las Vegas, NV 89119
*Attorneys for CitiMortgage, Inc.*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: October 8, 2016

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on October 7, 2016, the foregoing Stipulation of Dismissal of Defendant CitiMortgage was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117